**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ERIC J. HOUK,**

    **Plaintiff,**

    vs.                                                      Civil Action 2:13-cv-295
                                                            Judge Marbley
                                                            Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

    On May 8, 2014, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that the action be remanded to the Commissioner for further consideration of the opinion of the treating physician, Dr. Haggenjos. *Report and Recommendation,* ECF 23. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

    The *Report and Recommendation*, ECF 23, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner of Social Security is **REVERSED** and the action is **REMANDED** to the Commissioner for further consideration of the opinion of plaintiff's treating physician.

    The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

                                                      s/Algenon L. Marbley
                                                         Algenon L. Marbley
                                         United States District Judge